UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON VAQUERO,

Plaintiff,

-against-

THE PEOPLE OF THE STATE OF NEW YORK,

Defendant.

25-cv-8713 (KMW)

CIVIL JUDGMENT

For the reasons stated in the September 11, 2026, Order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 14, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge